# UNITED STATES DISTRICT COURT
for the

CENTRAL District of CALIFORNIA

_____ Division

| | |
|---|---|
| JEFFREY P. SAMUELS | Case No. _____ *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>U.S. DEPARTMENT OF THE TREASURY | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEFFREY P. SAMUELS |
| Street Address | 1610 GRANVILLE AVENUE, #6 |
| City and County | LOS ANGELES, LOS ANGELES COUNTY |
| State and Zip Code | CALIFORNIA 90025 |
| Telephone Number | 818-515-5321 |
| E-mail Address | JPSAMUELSLAW@OUTLOOK.COM |

**B.**  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FEDERAL EMERGENCY MANAGEMENT AGENCY |
| Job or Title *(if known)* | |
| Street Address | 500 C STREET SW |
| City and County | WASHINGTON DC, WASHINGTON |
| State and Zip Code | WASHINGTON DC 20024 |
| Telephone Number | 2026462500 |
| E-mail Address *(if known)* | DEBTS@FEMA.DHS.GOV, ASKLA@FEMA.DHS.GOV |

Defendant No. 2

| | |
|---|---|
| Name | U.S. DEPARTMENT OF THE TREASURY |
| Job or Title *(if known)* | BUREAU OF FISCAL SERVICES |
| Street Address | 1500 PENNSYLVANIA AVENUE |
| City and County | NW WASHINGTON, DC, WASHINGTON |
| State and Zip Code | WASHINGTON DC 20220 |
| Telephone Number | 2026222000 |
| E-mail Address *(if known)* | TREASURY.DIRECT@FISCAL.TREASURY.GOV |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

SECTION 1216(a) AND 1216(b) OF THE DISASTER RECOVERY REFORM ACT OF 2018

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* JEFFREY P. SAMUELS, is a citizen of the State of *(name)* FLORIDA.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of

     the State of *(name)* _____. Or is a citizen of
     *(foreign nation)* _____.

  b. If the defendant is a corporation
    The defendant, *(name)* _____, is incorporated under
    the laws of the State of *(name)* _____, and has its
    principal place of business in the State of *(name)* _____.
    Or is incorporated under the laws of *(foreign nation)* _____,
    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

**III.** **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

  FEMA'S RIGHT TO RECOVER MONEY GIVEN PLAINTIFF TO REPAIR DAMAGE TO PLAINTIFF'S HOME DUE TO HURRICANE HARVEY IS BARRED BY THE STATUTE OF LIMITATIONS PURSUANT TO SECTION 1216(a) AND 1216(b) OF THE DISASATER RECOVERY REFORM ACT OF 2018

_____

B. What date and approximate time did the events giving rise to your claim(s) occur?

AUGUST 17, 2017

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IN AUGUST 2017, PLAINIFF'S HOME WAS DAMAGED FROM HURRICANE HARVEY. FDERAL EMERGENCY MANAGEMENT AGENCY (HEREAFTER FEMA) GAVE PLAINTIFF $19,2015.01 TO REPAIR THE HOME. PLAINTIFF INTENDED TO REPAIR THE HOME AND USE IT AS HIS PRIMARY RESIDENCE. PLAINTIFF'S THEN WIFE, PAMELA, WAS DIAGNOSED WITH MELANOMA AND PLAINTIFF HAS CANCER THUS PREVENTING PLINTIFF FROM REPAIRING THE HOME. PAMELA DIED IN 2021 FROM MELANOMA. IN OCTOBER 2020 FEMA SENT PLAINTIFF A DEMAND TO RECOUP THE FUNDS; HOWEVER, FEMA DID NOT SEND AN ACCOMPANING NOTICE AS REQUIRED BY SECTIONS 1216(a) AND 1216(b) OF THE DISASTER RECOVERY REFORM ACT OF 2018 AND THEREFORE, ITS CLAIM FOR RECOUPMENT IS NOW BARRED BY THE THREE YEAR STATUTE OF LIMITATIONS.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

THE U.S. DEPARTMENT OF TREASURY HAS NOTIFIED PLAINTIFF THAT IF HE DOES NOT PAY $25,198.16 BY MARCH, IT MAY REFER THE UNPAID DEBT TO A COLLECTION AGENCY, REPORT THE DEBT TO THE CREDIT BUREAUS AND BEGIN WITHILDING MONEY FROM PAINTIFF'S SOCIAL SECURITY CHECKS.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLAINTIFF SEEKS A TEMPORARY RESTRAINING ORDER AND AN INJUNCTION AGAINST THE U.S. DEPARTMENT OF THE TREASURY AND FEMA PREVENTING THEM, AND EACH OF THEM, FROM REFERRING THE UNPAID DEBT TO A COLLECTION AGENCY, REPORTING THE DEBT TO THE CREDIT BUREAUS AND PREVENTING THEM, AND EACH OF THEM, FROM WITHOLDING ANY MONEY FROM PAINTIFF'S SOCIAL SECURITY CHECKS, AS PLAINTIFF ALLEGES HE WILL PREVAIL ON HIS CLAIM THAT FEMA IS BARRED FROM RECOUPMENT BECAUSE OF SECTIONS 1216(a) AND 1216(b) OF THE DISASTER RECOVERY REFORM ACT

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

Date of signing: 02/16/2022

Signature of Attorney
Printed Name of Attorney: JEFFREY P. SAMUELS, ESQ
Bar Number: 73910
Name of Law Firm: LAW OFFICE OF JEFFREY P. SAMUELS
Street Address: 1610 GRANVILLE AVENUE, #6
State and Zip Code: CALIFORNIA 90025
Telephone Number: 818-515-5321

E-mail Address      JPSAMUELSLAW@OUTLOOK.COM