Jeffrey P. Samuels, Esq.
1610 Granville Avenue
#6
Los Angeles, California 90025

April 26, 2022

California Central District Court
350 West 1st Street
Los Angeles, California 90012

   Re: Case Number 2:22-01088

Dear Sir/Madam:

Enclosed are two proof of service forms, one for each defendant, together with copies of the Return Receipt Proof of Service for each defendant.

If any of the documents submitted are in any way unacceptable, please notify me immediately so I may correct any deficiencies.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

Jeffrey P. Samuels, Esq.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-2-01088

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S.DEPARTMENT OF TREASURY

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*  MAIL CLERK , who is

designated by law to accept service of process on behalf of *(name of organization)*  U.S. DEPARTMENT OF

TREASURY on *(date)*  04/11/2022 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  04/26/22

*Server's signature*

JEFFREY P. SAMUELS, ESQ
*Printed name and title*

1610 GRANVILLE AVENUE
#6
LOS ANGELES, CA 90025
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   FEDERAL EMERGENCY MANAGEMENT AGENCY

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*   M THOMAS _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*   FEDERAL EMERGENCY
MANAGEMENT AGENCY _____ on *(date)*   04/12/2022 ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

JEFFREY SAMUELS, ESQ.
*Printed name and title*

161 V GRANVILLE AVE
#6
LOS ANGELES, CA 90025
*Server's address*

Additional information regarding attempted service, etc:



Print      Save As...      Reset



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Washington DC 20200

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| | $3.05 |
| | 0025 |
| | 15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| | Postmark Here |
| | APR - 1 2022 |
| | USPS |
| Postage | $0.78 |
| | 04/01/2022 |
| Total Postage and Fees | $7.58 |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

2022 0410 2000 6969 3742

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Washington DC 20200

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| | $3.05 |
| | 0025 |
| | 15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| | Postmark Here |
| | APR - 1 2022 |
| | USPS 9999 |
| Postage | $0.78 |
| | 04/01/2022 |
| Total Postage and Fees | $7.58 |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

2022 0410 2000 6969 3749

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jeffry Samuels
1610 GRANVILLE AVE
APT 6
Los Angeles, CA 90025



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DPT TREASURY
BUREAU FISCAL SERVICE
P. O. BOX 83079X
Birmingham, AL
35283

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Mailclerk

C. Date of Delivery
4/11/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail®       ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*       ☐ Yes

2. Article Number
   *(Transfer from service label)*
   91 7199 9991 7035 6044 6805

PS Form 3811, July 2013          Domestic Return Receipt



USPS TRACKING #

CAPITAL DISTRICT 208
03 APR 2022 PM 3 L

**First-Class Mail**
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7182 1284 3065 36

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Jeffrey  Samuels
1610 Granville Ave., Apt. 6
Los Angeles, CA  90025

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEMA - OCC
Attn Lawrence Thomas
500 C Street SW
Washington DC
20472-3515

9590 9402 7182 1284 3065 36

7022 0410 0002 6464 3412

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☑ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

M Thomas                          4/12/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt